UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                   07 CV 7838 (GEL)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                    Plaintiff,<br>     - against -<br><br>WORLDWIDE PAPER CO., OSK PAPER INTERNATIONAL, INC., DRAGONMARK TRADING, INC.,<br>                    Defendants. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated:  New York, NY                                    CICHANOWICZ CALLAN KEANE VENGROW
                                                                & TEXTOR, LLP, 61 Broadway, Ste. 3000
      September 5, 2007                              New York, NY 10006 – Tel. 212-344-7042


                                                                By: /s/_____Joseph De May, Jr.._____
                                                                      Joseph De May, Jr. [JD-9105]
                                                                         Attorneys for Plaintiff