Law Offices of
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, N.Y. 10006-2802

Paul M. Keane
Stephen H. Vengrow[†]
James M. Textor[*]
Joseph F. De May, Jr.
Randolph H. Donatelli[#]
Patrick Michael DeCharles II[‡]

Jessica A. De Vivo[°]
Irene M. Zanetos[°]

[†] ALSO ADMITTED TO DISTRICT OF
 COLUMBIA, MAINE & NEW JERSEY
[*] ALSO ADMITTED TO PENNSYLVANIA
[#] ALSO ADMITTED TO GEORGIA
[‡] ALSO ADMITTED TO NEW JERSEY & TEXAS
[°] ALSO ADMITTED TO NEW JERSEY

Telephone: (212) 344-7042
Telefax: (212) 344-7285
Telefax: (212) 344-3988

New Jersey Office
75 Montgomery Street, Suite 200
Jersey City, NJ 07302
(201) 209-0960

A.J. Marino
of counsel

Byron King Callan
(1914 - 1992)
Victor S. Cichanowicz
(1918 - 1989)

February 8, 2008

The Hon. Gerard E. Lynch, U.S.D.J.
The U.S. Courthouse, 500 Pearl Street
New York, NY 10006

RE:   Nippon Yusen Kaisha v. Worldwide Paper
      07 CV 7838 (GEL) (S.D.N.Y.)
      Our File:  8958/PMK/JDM

Your Honor:

We are the attorneys for plaintiff in the above captioned matter which is a maritime claim to recover unpaid ocean freight charges. Process of maritime attachment and garnishment has issued. The purpose of this letter is to summarize the efforts made to advise each of the three defendants of the initial conference scheduled for March 5, 2008 at 12:45 PM.

*Defendant, Worldwide Paper Co.:*     I have given notice both by email and by regular mail to the defendant's last known address. The email address is one that I have used to correspond with defendant's principal, Clare Anderson, within the past week.

*Defendant, OSK Int'l:*     I have given notice by regular mail, email and telefax. The address, email address, and telefax number were all given to me by this defendant's principal, Steven Ow.

*Defendant, Dragonmark Trading:*     I have no email address for this defendant, and the telefax number I have for it no longer works. So I have sent notice by courier and by regular mail to its last known address.

Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: _____
    Joseph De May, Jr.