AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

NIPPON YUSEN KAISHA a.k.a. NYK LINE

V.

WORLDWIDE PAPER CO., OSK PAPER INTERNATIONAL, INC., and DRAGONMARK TRADING, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 7838 (GEL)

TO: (Name and address of Defendant)

1. Worldwide Paper Co., 2615 Three Oaks Road 2A2, Cary, IL 60013
2. OSK Paper Int'l Inc., 5949 Beauford Highway 110, Norcross, GA 30071
3. Dragonmark Trading Inc., 1000-4161 Hazelbridge Way, Richmond BC, CANADA V6X 3S1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway, Ste. 3000, New York, NY
212-344-7042

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

SEP 0 5 2007

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 7838 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                      Plaintiff,

- against -

WORLDWIDE PAPER CO., OSK PAPER
INTERNATIONAL, INC., DRAGONMARK
TRADING, INC.,

                      Defendants.

PROOF OF SERVICE OF SUMMONS
AND COMPLAINT ON DEFENDANT,
WORLDWIDE PAPER CO.

JOSEPH De MAY, JR. declares that the following statement is true under the penalties of perjury:

1.    I am an attorney-aw-law admitted to practice before this Court, and a member of the law firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for plaintiff in the above captioned matter.

2.    The web site of the Illinois Secretary of State indicates that "WORLDWIDE PAPER CO." (one of the named defendants herein) is an assumed name for an Illinois Limited Liability Company named Anderson International Global LLC. *See, EXHIBIT 1*.

3.    The web site of the Illinois Secretary of State also indicates that then registered agent for service of process on the said defendant is an attorney named Andrew Sagartz in Libertyville, IL. *Id.*

4.    As appears from the attached affidavit of process server, Frank Brucksaler [*Exhibit 2*], on February 13, 2008, the summons, complaint, Rule 7.1 statement and Judge's

Rules were served on defendant, WORLDWIDE PAPER CO., by personally delivering true and complete copies of same to its registered agent, Andrew Sagartz, at the address indicated in Exhibit A, hereto.

Dated:      New York, NY, April 18, 2008

/s/ _____ Joseph De May, Jr. _____
JOSEPH De MAY, JR. [JD-9105]



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ANDERSON INTERNATIONAL GLOBAL LLC | File Number | 00814717 |
| Status | NGS | On | 11/01/2007 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 11/25/2002 | Jurisdiction | IL |
| Agent Name | LAW OFFICES OF ANDREW SAGARTZ, | Agent Change Date | 08/08/2005 |
| Agent Street Address | 1880 W. WINCHESTER RD. STE.206 | Principal Office | 2615 THREE OAKS ROAD, STE 2A2 CARY 60013 |
| Agent City | LIBERTYVILLE | Management Type | MBR |
| Agent Zip | 60048 | Dissolution Date | |
| Annual Report Filing Date | 00/00/0000 | For Year | 2007 |
| Assumed Name | ACTIVE - WORLDWIDE PAPER COMPANY | | |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**



Ex. 1

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

---

NIPPON YUSEN KAISHA A.K.A. NYK LINE

                                    Plaintiff(s)

- against -

                   Index # 07 CV 7838 (GEL)

                   Court Date March 5, 2008

WORLDWIDE PAPER CO., ETAL

                                 Defendant(s)

                   **AFFIDAVIT OF SERVICE**

---

STATE OF ILLINOIS : COUNTY OF LAKE     ss:

Frank Bruchsaler BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT PO Box 309 McHenry IL 60051

That on February 13, 2008 at 04:30 PM at

C/O LAW OFFICES OF ANDREW SAGARTZ
1880 W. WINCHESTER ROAD, SUITE 206
LIBERTYVILLE, IL 60048

deponent served the within SUMMONS & VERIFIED COMPLAINT IN ADMIRALTY, RULE 7.1 STATEMENT & JUDGES RULES on WORLDWIDE PAPER CO. therein named.

    BY LEAVING A TRUE COPY WITH SIDARTHA G. CUEVAS, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 32 | 5'6 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 2 2008

Notary:

[Notary seal: DAWN SCHNEIDER, NOTARY PUBLIC OFFICIAL SEAL, STATE OF ILLINOIS, MY COMMISSION EXPIRES APRIL 8, 2010]

**Ex. 2**

Server: Frank Bruchsaler

Invoice #: 456720