AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

NIPPON YUSEN KAISHA a.k.a. NYK LINE

V.

WORLDWIDE PAPER CO., OSK PAPER INTERNATIONAL, INC., and DRAGONMARK TRADING, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 7838 (GEL)

TO: (Name and address of Defendant)

1. Worldwide Paper Co., 2615 Three Oaks Road 2A2, Cary, IL 60013
2. OSK Paper Int'l Inc., 5949 Beauford Highway 110, Norcross, GA 30071
3. Dragonmark Trading Inc., 1000-4161 Hazelbridge Way, Richmond BC, CANADA V6X 3S1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway, Ste. 3000, New York, NY
212-344-7042

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

SEP 0 5 2007

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

NIPPON YUSEN KAISHA A.K.A. NYK LINE

Plaintiff(s)

Index # 07 CV 7838 (GEL)
Court Date March 5, 2008

- against -

WORLDWIDE PAPER CO., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Vancouver, BC : COUNTY OF Canada    ss:

Rod Livingston BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 450-850 W. Hastings St. Vancouver, BC

That on March 5, 2008 at 02:10 PM at

3433 REGINA AVENUE
RICHMOND, BC, CANADA, V6X 2K8

deponent served the within SUMMONS & VERIFIED COMPLAINT IN ADMIRALTY, RULE 7.1 STATEMENT & JUDGES RULES on DRAGONMARK TRADING INC. therein named.

**CORPORATION** a FOREIGN corporation by delivering thereat a true copy of each to ERIK WANG personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT IN ADMIRALTY, RULE 7.1 STATEMENT & JUDGES RULES as said Defendant and knew said individual to be the PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 45 | 5'6 | 150 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 6, 2008
Notary:

STEPHEN V. LECERIS
Barrister & Solicitor
#460 - 850 West Hastings
Vancouver, BC, V6C 1E1

Server: Rod Livingston

Invoice #: 456719

# Dragonmark Trading Inc

P.O. Box 32650
1000-4151 Hazelbridge Way,
Richmond, BC. V6X 3S1
Tel: (604) 3388089   Fax: (604) 6378680

March 17, 2008

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway, Ste.3000,
New York, NY 10006-2802
U.S.A

Attn: Mr. Joseph De May, Jr.

Dear Sirs,

**Re:   NYK Line  vs  Dragonmark Trading Inc**

       **Case No.:  07 CV 7838 (GEL)**

This refers to above Summons served on March 5, 2008 delivered by hand, we have objection to your complaint because we are not shippers, consignee, billing parties for the shipments in the complaint.

To clarifying our position, we have not ordered, authorized, approved and hold these shipments. Furthermore we are not in business and/or share any interests with other Defendants in this case.

Therefore we request discharge of our name from the filing.

Yours sincerely,

*For and on behalf of*
**DRAGONMARK TRADING INC.**

*(signature)*
Erik Wang        *Authorized Signature(s)*
Director


CC: United States District Court, New York
CC: Worldwide paper Co. Cary
CC: OSK PAPER Int'l Inc., Norcross