UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK             07 CV 7838 (GEL)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                              Plaintiff,<br>        - against -<br><br>WORLDWIDE PAPER CO., OSK PAPER INTERNATIONAL, INC.,  DRAGONMARK TRADING, INC.,<br><br>                              DefendantS. | NOTICE OF PARTIAL DISMISSAL<br><br>[F.R.Civ.P. 41(a)(1)(i)] |

No answer or summary judgment motion having been served or filed by defendant, DRAGONMARK TRADING, INC., the claims against that defendant are dismissed without prejudice.

Dated: New York, NY, July 15, 2008

                                                 CICHANOWICZ, CALLAN, KEANE,
                                                 VENGROW & TEXTOR, LLP
                                                 Attorneys for Plaintiff

                                                 By: _____Joseph De May, Jr._____
                                                 Joseph De May, Jr. [JD-9105]
                                                 61 Broadway, Suite 3000
                                                 New York, New York 10006-2802
                                                 (212)344-7042