UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    07 CV 7838 (GEL)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                              Plaintiff,

            - against -

WORLDWIDE PAPER CO., OSK PAPER
INTERNATIONAL, INC., DRAGONMARK
TRADING, INC.,

                              DefendantS.

---

NOTICE OF PARTIAL DISMISSAL

[F.R.Civ.P. 41(a)(1)(i)]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

No answer or summary judgment motion having been served or filed by defendant,

DRAGONMARK TRADING, INC., the claims against that defendant are dismissed without

prejudice.

Dated: New York, NY, July 15, 2008

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              Attorneys for Plaintiff

                              By: _____ Joseph De May, Jr. _____
                              Joseph De May, Jr. [JD-9105]
                              61 Broadway, Suite 3000
                              New York, New York 10006-2802
                              (212)344-7042

                              SO ORDERED:

                              _____
                              U.S.D.J.