```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 7838 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

               Plaintiff,

- against -

ANDERSON INTERNATIONAL GLOBAL LLC d.b.a. WORLDWIDE PAPER CO., OSK PAPER INTERNATIONAL, INC., DRAGONMARK TRADING, INC.,

               Defendants.

JUDGMENT AGAINST ANDERSON INTERNATIONAL GLOBAL LLC d.b.a. WORLDWIDE PAPER CO.

    WHEREAS a stipulation between plaintiff and defendant, ANDERSON INTERNATIONAL GLOBAL LLC d.b.a. WORLDWIDE PAPER CO., (*copy attached as EXHIBIT A*) was so ordered by this Court on July 31, 2008; and

    WHEREAS, the said stipulation and order provides at paragraph 4 for the entry of judgment in plaintiff's favor against defendant, ANDERSON INTERNATIONAL GLOBAL LLC d.b.a. WORLDWIDE PAPER CO., for the principal amount demanded in the complaint together with interest, costs and disbursements; now therefore,

    IT IS ORDERED and ADJUDGED that plaintiff recovers of defendant, ANDERSON INTERNATIONAL GLOBAL LLC d.b.a. WORLDWIDE PAPER CO., the amount of $114,272.00, with prejudgment interest at the rate of 9% from February 7, 2004 to August 29, 2008 in the amount of $46,897.23, together with costs of $450, amounting in all to $161,619.23.

Date:     New York, NY, September 3, 2008

                                                   /s/ Gerard E. Lynch
                                                      USDJ

**The Clerk of Court is directed to close this case. Any pending motions are moot.**